**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Enrique GOMEZ–RODRIGUEZ,**
**Defendant–Appellant.**

No. 10–40789
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 22, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee

Enrique Gomez–Rodriguez Washington, MS, pro se.

Before DENNIS, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

Enrique Gomez–Rodriguez pleaded guilty to conspiracy to possess with intent to distribute cocaine and was sentenced to a 90–month prison term. Judgment was entered on January 7, 2010, and his undated notice of appeal was filed in the record on August 13, 2010. Gomez–Rodriguez's notice of appeal was filed more than seven months after the final judgment was entered and beyond the time for extending the appeal period under Federal Rule of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appellate Procedure 4(b)(4). *See* FED. R.APP. P. 4(b)(1)(A)(i), (b)(4). Gomez–Rodriguez did not file a timely notice of appeal, and he has not asserted any ground for excusable neglect. Therefore, his appeal is DISMISSED as untimely. *See United States v. Leijano–Cruz*, 473 F.3d 571, 574 (5th Cir.2006). Accordingly, his motions for appointment of counsel and to proceed in forma pauperis on appeal are DENIED AS MOOT.